IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN H. PIRTLE,

    Petitioner,                No. CIV S-04-0518 FCD KJM P

    vs.

CALIFORNIA BOARD OF
PRISON TERMS, et al.,

    Respondents.             ORDER
_____/

        On April 12, 2005, petitioner submitted a notice of change of address. That document was not served on respondents. Petitioner is advised that every document submitted to the court for consideration must be served on respondents. Fed. R. Civ. P. 5; Rule 11, Fed. R. Governing § 2254 Cases. Documents not to be served electronically are usually served by placing a copy in the U.S. Mail. If an attorney has filed a document with the court on behalf of respondents, then documents submitted by petitioner must be served on that attorney and not on the respondents themselves. Every document submitted in hard copy to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to respondents or their attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c).

/////

1

1   Accordingly, IT IS HEREBY ORDERED that within fifteen days from the date of
2   this order petitioner shall serve a copy of the April 12, 2005 notice of change of address and file
3   proper proof of said service.  Petitioner is cautioned that failure to comply with this order may
4   result in imposition of sanctions.
5   DATED: April 25, 2005.

                                          UNITED STATES MAGISTRATE JUDGE

14  /kf
    pirt0518.135a