IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HERMAN PIRTLE,

    Petitioner,                    No. CIV S-04-0518 FCD KJM P

    vs.

CALIFORNIA BOARD OF PRISON
TERMS, et al.,

    Respondents.               ORDER

    /

    Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 17, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondent has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 17, 2007, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is granted and the Board of Prison Terms shall set a parole date for petitioner within thirty days from the date of this order.

DATED: May 25, 2007.

/s/ Frank C. Damrell, Jr.
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE