DANIEL J. BRODERICK, #89424
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
JOHN HERMAN PIRTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERMAN PIRTLE, <br><br> Petitioner, <br><br> v. <br><br> CALIFORNIA BOARD OF PRISON TERMS, et al., <br><br> Respondents. | DC No. 2:04-cv-0518 FCD KJM P <br> Eastern District of California, Sacramento <br><br> **ORDER SHORTENING TIME FOR HEARING ON PETITIONER'S MOTION FOR RELEASE** <br><br> Date:   Chambers <br> Time:   ---- <br> Judge: Hon. Frank C. Damrell, Jr. |

Good cause having been shown, IT IS HEREBY ORDERED that Petitioner's Request to Shorten Time on Petitioner's Motion for Immediate Release is hereby granted.

Respondent shall file any opposition to Petitioner's motion on or before August 20, 2010. Petitioner's reply shall be filed on or before August 24, 2010. A hearing is hereby scheduled on the motion for August 27, 2010, at 9:00 a.m. before District Court Judge Frank C. Damrell, Jr., in Courtroom No. 2, 15th Floor, of the United States District Court, 501 I Street, Sacramento, California, 95814.

Dated: August 16, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE