DANIEL J. BRODERICK, #89424
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
JOHN HERMAN PIRTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERMAN PIRTLE,<br><br>                    Petitioner,<br><br>        v.<br><br>CALIFORNIA BOARD OF PRISON TERMS, et al.,<br><br>                    Respondents.<br>_____ | DC No. 2: 04-cv-0518 FCD KJM<br>Eastern District of California, Sacramento<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANUM;ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date:        August 27, 2010<br>Time:        9:00 a.m.<br>Judge:       Hon. Frank C. Damrell, Jr. |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFCANMUN

        Petitioner, JOHN HERMAN PIRTLE, prisoner number C-20936, by and through the Office of the Federal Defender, requests this Court issue a writ of habeas corpus ad testificandum compelling Respondents to produce Mr. Pirtle at the U.S. District Court before the August 27, 2010, hearing in this matter so that Mr. Pirtle is available for interview by pretrial services and to produce him in court for the hearing on the pending motion for immediate release so that he is available to testify at the hearing.

/ / /

**ARGUMENT**

In 2007, this Court has determined that Petitioner was unconstitutionally denied parole in 2002.  This Court granted Petitioner habeas relief after concluding there was no evidence to support the March 25, 2002, California Board of Prison Terms's[1] decision to find Petitioner unsuitable for parole.  Docket entry no. 20, 25.

Petitioner has been incarcerated in state prison for nearly 30 years. This Court granted Petitioner habeas relief over three years ago.  Petitioner has suffered a long delay in his  release prompted by the Respondents' appeal and stay of the remedial order.  Now that the Ninth Circuit has affirmed this Court's judgment and issued its mandate, and now that the Board has determined Petitioner is suitable for parole and set his term, Petitioner should not have to remain in prison serving an excessive amount of time for his commitment offense.  The Board determined that a 124 month term of imprisonment was enough time to punish him.  Petitioner fully completed serving this term many years ago and now has almost 30 years in custody.  Nonetheless, Respondents continue to keep Petitioner imprisoned while awaiting further administrative review of the Board's August 11, 2010, decision to grant parole and set a parole date that is approximately April 26, 1991.

Petitioner has filed a motion seeking an order for Petitioner's immediate release, Docket entry no. 46, which we expect this Court to set for hearing on August 27, 2010, at 9:00 a.m. *See* Docket entry no. 44.  Petitioner believes that this Court's release decision will benefit from information it may gain from Petitioner and from the participation and assistance of pretrial services.  As mentioned in the motion for release, Petitioner's family is supportive of Petitioner's parole and are active in his parole plans.  Petitioner plans to live with his sister, Joan Keith, in Gridley, California.  Making Petitioner available to pretrial services will also assist the Court in its decision making.  For this reason, Petitioner asks that he be brought to the United States District Court or other local locale and be made available to pretrial services for an interview before the hearing on his motion for his immediate release.

---

[1]  The Board of Prison Terms has been replaced by or converted into the Board of Parole Hearings.  Petitioner shall simply reference either entity as the "Board."

1    To determine what, if any, conditions the Court should impose on Petitioner's

2   release,[2] the Court should issue the writ so Petitioner is available at the hearing and so that

3   pretrial services may interview Petitioner, in addition to others, in advance of the August 27,

4   2010, hearing.

5                                   **CONCLUSION**

6    This court should exercise its inherent power to enforce its habeas grant, and its

7   power under Fed. R. App. P. 23(c), by ordering Petitioner's release pending Respondents'

8   appeal.  To best determine what, if any, conditions the Court should impose on Petitioner's

9   release, the Court should issue the writ of habeas corpus ad testificandum so that Petitioner is

10  available as a witness at the August 27, 2010, hearing and so that pretrial services may

11  interview Petitioner, in additional to others, in advance of that same hearing.

12  Dated: August 13, 2010

13                                  Respectfully submitted,

14                                  DANIEL J. BRODERICK
                                    Federal Defender
15

16                                   */s/ Ann C. M<sup>c</sup>Clintock*
                                    ANN C. M<sup>c</sup>CLINTOCK
17                                  Assistant Federal Defender

18                                  Attorneys for Petitioner
                                    JOHN HERMAN PIRTLE
19

20

21

22

23

24

25  _____

26   [2] This Court has broad authority to order a prisoner's release pending appeal of a grant
    of habeas corpus and that authority is governed by the standards of Fed. R. App. P. 23(c). The
27  Court's authority starts with the presumption that the prisoner will be release on his own
    recognizance with or without surety. *Id.*; *Hilton v. Braunskill*, 481 U.S. 770, 774, 107 S.Ct.
28  2113, 95 L. Ed. 2d 724 (1987); *Marino v. Vasquez*, 812 F.2d 499, 508 (9th Cir. 1987).  The
    power derives from the Court's power to issue the writ itself.  *Marino*, 812 F.2d at 508.  Bail
    may be set, but is not governed by the Bail Reform Act.  *Id.*

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN C. McCLINTOCK, Bar #141313
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   JOHN HERMAN PIRTLE

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN HERMAN PIRTLE,              )   DC No. 2: 04-cv-0518 FCD KJM
                                     )   Eastern District of California, Sacramento
12                    Petitioner,    )
                                     )   **WRIT OF HABEAS CORPUS AD**
13      v.                           )   **TESTIFICANDUM**
                                     )
14                                   )   Date:      August 27, 2010
    CALIFORNIA BOARD OF PRISON       )   Time:      9:00 a.m.
15  TERMS, et al.,                   )   Judge:     Hon. Frank C. Damrell, Jr.
                                     )
16                    Respondents.   )
    _____  )
17

18          TO:   Gary Swarthout, Acting Warden of California State Prison, Solano,

19  Vacaville, CA,  95696,

20          YOU ARE COMMANDED to produce prisoner John Herman Pirtle (C-20936)

21  to testify before the United States District Court for the Eastern District of California, 501 I

22  Street, Sacramento, California, 95814, in Courtroom 2, 15th Floor, on August 27, 2010, at 9:00

23  a.m., and from day to day until completion of the proceedings, and to make the prisoner

24  available to pretrial services for interview before the hearing; and thereafter to return the

25  prisoner to the above-named institution, unless otherwise ordered by the Court.

26          FURTHER, you are ordered to notify the Court of any change in custody of the

27  prisoner and to provide the new custodian with a copy of this writ.

28

                                          4

1    　　　　The Clerk of the Court is directed to serve a courtesy copy of this order and writ

2    of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison, Solano,

3    2100 Peabody Road, Vacaville, CA 95696

4    Dated:  August 16, 2010

5

6    　　　　　　　　　　　FRANK C. DAMRELL, JR.

7    　　　　　　　　　　UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28