DANIEL J. BRODERICK, #89424
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
JOHN HERMAN PIRTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERMAN PIRTLE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CALIFORNIA BOARD OF PRISON TERMS, et al.,<br><br>　　　　Respondents.<br>_____ | DC No. 2: 04-cv-0518 FCD KJM<br>Eastern District of California, Sacramento<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANUM; WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Judge:　　Hon. Frank C. Damrell, Jr. |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFCANMUN

Petitioner, JOHN HERMAN PIRTLE, prisoner number C-20936, by and through the Office of the Federal Defender, requests this Court issue a writ of habeas corpus ad testificandum compelling Respondents to produce Mr. Pirtle at the U.S. Marshal's Office at the United States Courthouse, 501 I Street, Sacramento, CA 95814, on August 26, 2010, at 1:00 p.m. so that Mr. Pirtle is available for interview by pretrial services and then to produce him in court on August 27, 2010, at 9:00 a.m. for the hearing on the pending motion for immediate release so that he is available, if needed, to testify at the hearing.

/ / /

# ARGUMENT

On August 17, 2010, this Court issued a write of habeas corpus ad testificandum directing the Warden to produce Petitioner at the August 27, 2010, hearing on the pending motion for immediate release. Petitioner believed that this Court's release decision would benefit from information it may gain from Petitioner and from the participation and assistance of pretrial services.

Pretrial services has determined that there is insufficient time to interview Mr. Pirtle before the Court's hearing on August 27, 2010. Petitioner cannot be transported for the pretrial services interview the day before the hearing without an additional writ. For this reason, Petitioner asks that he be brought to the United States Marshal's Office lock-up at the U.S. District Court and be made available to pretrial services for an interview at 1:00 p.m. on August 26, 2010, and then be brought again to Court for the August 27, 2010, 9:00 a.m. hearing on his motion for his immediate release.

As Pretrial Services has determined there is insufficient time to interview Mr. Pirtle the morning of the hearing, we request issuance of this additional writ.

Dated: August 25, 2010

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Ann C. M$^c$Clintock
    ANN C. M$^c$CLINTOCK
    Assistant Federal Defender

    Attorneys for Petitioner
    JOHN HERMAN PIRTLE

DANIEL J. BRODERICK, #89424
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
JOHN HERMAN PIRTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERMAN PIRTLE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA BOARD OF PRISON TERMS, et al.,<br><br>　　　　　Respondents.<br>_____ | DC No. 2: 04-cv-0518 FCD KJM<br>Eastern District of California, Sacramento<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

　　　　TO: Gary Swarthout, Acting Warden of California State Prison, Solano, Vacaville, CA, 95696,

　　　　YOU ARE COMMANDED to produce prisoner John Herman Pirtle (C-20936) to U.S. Marshal's Office at the United States District Court for the Eastern District of California, 501 I Street, Sacramento, California, 95814, on August 26, 2010, at 1:00 p.m., and to make the prisoner available to pretrial services for interview; and to produce the prisoner at the United States District Court for the Eastern District of California, Courtroom 2, 15th Floor, 501 I Street, Sacramento, California, 95814, on August 27, 2010, at 9:00 a.m., and thereafter to return the prisoner to the above-named institution, unless otherwise ordered by the Court.

1    FURTHER, you are ordered to notify the Court of any change in custody of the
2 prisoner and to provide the new custodian with a copy of this writ.
3    The Clerk of the Court is directed to serve a courtesy copy of this order and writ
4 of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison, Solano,
5 2100 Peabody Road, Vacaville, CA 95696
6 Dated:  August 25, 2010

_____
UNITED STATES DISTRICT JUDGE