**FILED**

AUG 27 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERMAN PIRTLE,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA BOARD OF PRISON TERMS, et al.,<br><br>    Respondents. | DC No. 2: 04-0518 FCD KJM P<br>Eastern District of California, Sacramento<br><br>**ORDER RE: RELEASE** |

    This matter is before the Court on Petitioner Pirtle's motion for immediate release. Previously, this Court granted habeas relief after determining that Petitioner's federally protected rights to Due Process of law were violated by the 2002 Board's reliance on factors not supported by the requisite "some evidence" to deny Petitioner parole. On August 11, 2010, the Board of Parole Hearings conducted a parole suitability hearing at which it found Petitioner suitable for parole and set his total custodial term at 240 months. The Board granted him 116 months of postconviction time credits. Thus, his total term in custody was set at 124 months. Petitioner has already served over 30 years in prison for his crime.

    Petitioner contends that any lawful term set by the Board has been fully satisfied and thus his release should not be further delayed by the Board's decision review process, which can take up to 120 days following a hearing. Respondents oppose the motion for release and

1  have sought rehearing en banc of the Ninth Circuit opinion that affirmed this Court's
2  judgment. Respondents contend that the decision review process is a necessary step for error
3  correction in the term setting and confirmation of parole plans. But no party has suggested
4  the facts in Mr. Pirtle's case raise any questions about the term chosen or Mr. Pirtle's parole
5  plans. Respondents also intend to release Mr. Pirtle to parole once the Board's review unit
6  completes its review. Although opposing immediate release, Respondents nonetheless agree
7  to supervise Mr. Pirtle on parole if he is ordered released by this Court.

8        In light of the above-facts, IT IS HEREBY ORDERED that Petitioner's motion for
9  immediate release is granted. Within 15 days of the date of this order, Respondents shall
10 release Petitioner to parole. Within 25 days of the date of this order, Respondents must also
11 file a notice with the Court confirming the date on which Mr. Pirtle was released.
12 DATED: August 27, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE